# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Marvin Lumber and Cedar Company,
Marvin Windows of Tennessee, Inc.,

        Plaintiffs,          Criminal No. 10-3881 (RHK/LIB)

vs.          **ORDER**

Sapa Extrusions, Inc.,

        Defendant.

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: September 9, 2010

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge