## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Marvin Lumber and Cedar Company, *et al.*,

                Plaintiffs,

                                    Civ. No. 10-3881 (RHK/LIB)
                                    **ORDER**

v.

Sapa Extrusions, Inc.*,*

                Defendant.

---

This matter is before the Court *sua sponte*.   **IT IS ORDERED** that the hearing on Marvin's Motion for Partial Summary Judgment (Doc. No. 110), currently scheduled for June 18, 2012, is **CONTINUED** to 10:00 a.m. on Friday, July 13, 2012, in Courtroom 2 at the United States Courthouse, 118 South Mill Street, Fergus Falls, Minnesota.   It is further **ORDERED** that Marvin's Reply Memorandum, and all supporting documents, shall be served and filed on or before June 7, 2012.


Dated: May 30, 2012                    s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge