## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Marvin Lumber and Cedar Company, *et al.*,

      Plaintiffs,    Civ. No. 10-3881 (RHK/LIB)
                **ORDER**
v.

Sapa Extrusions, Inc.,

      Defendant.

---

Sapa Extrusions, Inc.,

      Third-Party Plaintiff,

v.

The Valspar Corporation,

      Third-Party Defendant.

---

  Plaintiffs having moved to strike the September 1, 2012, expert Rebuttal Report of Rick A. Huntley (Doc. No. 226), **IT IS ORDERED** that Defendant Sapa Extrusions, Inc. ("Sapa") shall serve and file its memorandum in opposition to the Motion, along with all supporting documents, on or before September 14, 2012. No further submissions in connection with the Motion – whether by letter, memorandum, affidavit, or otherwise – shall be permitted absent further Order of the Court. The Court will set the Motion for a hearing (if any) following the submission of Sapa's opposition papers.

Dated: September 7, 2012     s/Richard H. Kyle
                RICHARD H. KYLE
                United States District Judge